UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

WAGNER

                    Plaintiff,

    -v-

METROPOLITAN LIFE INSURANCE, et al.,

                    Defendants.

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 2 SEP 2010

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08cv11284 (GBD)(HBP)

     The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__ Specific Non-Dispositive Motion/Dispute:
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus

___ Social Security

_X_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Summary Judgment

    All such motions: ____

Dated 9/2/10

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge