UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SONIA I. WAGNER, surviving spouse,

                         Plaintiff,

-v-

METROPOLITAN LIFE INSURANCE COMPANY,
                       Defendant.

------------------------------------------------------------

GEORGE B. DANIELS, District Judge:

                                             x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 11284 (GBD)(HBP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 29 SEP 2010

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

_X_ Dispositive Motions (i.e., motion requiring a Report and Recommendation) – *docket # 36, 42, 47, and 52*

Dated: September 27, 2010

SO ORDERED:

*George B. Daniels*
United States District Judge