# Sedgwick
### DETERT, MORAN & ARNOLD LLP

125 BROAD STREET, 39TH FLOOR  NEW YORK, NY 10004-2400

www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*

*John T. Seybert*
*(212) 898-4028*
*john.seybert@sdma.com*

March 24, 2011

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 25 MAR 2011
```

SO ORDERED:

[signature: George B. Daniels]
George B. Daniels, U.S.D.J.

Dated: 25 MAR 2011

*Via Facsimile ((212) 805-6737)*
Hon. George B. Daniels
United States District Court Judge
United States District Court for the
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Sonia Wagner v. Metropolitan Life Insurance Company et al.*
    Civ. Act. No. 08-cv-11284 (GBD)
    File No.: 00584-007580

Dear Judge Daniels:

This office represents Defendants Metropolitan Life Insurance Company and United Airlines, Inc. in this action. We write to request a one-week extension of time to file opposition to plaintiff's objections to the Report and Recommendation of Magistrate Judge Pittman dated February 28, 2011.

This would be the first request for an extension of time. The original date that Defendants' opposition is due is March 28, 2011. I have had a number of other previously scheduled deadlines set before I was aware that an objection would be filed. Due to those prior commitments, I have not been able to address plaintiff's objections until recently. Furthermore, I will be in Dallas, Texas starting Sunday, March 27, 2011 through Saturday, April 2, 2011 due to a previously scheduled business trip, and therefore, will not be able to file any opposition on Monday, March 28, 2011. Plaintiff's counsel refused to consent to the extension of time but did not give any reason. This request does not affect any other previously scheduled dates.

Thank you for your time and consideration.

Respectfully submitted,

[signature]

John T. Seybert
Sedgwick, Detert, Moran & Arnold LLP

cc: Benjy M. Corpuz, Esq.

NY/686904v1