UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
SONIA WAGNER
            Plaintiff,

Case No.  08-civ-11284 (GBD)

-against-

METROPOLITAN LIFE
INSURANCE COMPANY et al.   Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**John T. Seybert**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JT 5014      My State Bar Number is: 3012705

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick, Detert, Moran and Arnold LLP
               FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004
               FIRM TELEPHONE NUMBER: 212-422-0202
               FIRM FAX NUMBER: 212-422-0925

NEW FIRM:    FIRM NAME: Sedgwick LLP
               FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004
               FIRM TELEPHONE NUMBER: 212-422-0202
               FIRM FAX NUMBER: 212-422-0925

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:  April 29, 2011          s/_____
                                   ATTORNEY'S SIGNATURE

## CERTIFICATE OF SERVICE

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via Regular Mail on April 29, 2011 and ECF on 25th day of May, 2011, upon the following:

> Benjy M. Corpuz, Esq.
> 40-35 Hampton Street
> Elmhurst, New York 11373

s/
John T. Seybert (JS 5014)

Dated:   New York, New York
         May 25, 2011

1