USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SONIA I. WAGNER,
                         Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE COMPANY,
UNITED AIR LINES, INC., EDWARD WAGNER,
and ELIZABETH WAGNER,
                         Defendants.
------------------------------------------------------------X

08 CIVIL 11284(GBD)(HBP)

**JUDGMENT**

Whereas on February 28, 2011, the Honorable Henry B. Pitman, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that Defendants' motion for summary judgment be granted, that Plaintiff's motion for summary judgment be denied, and that Defendants' motion to strike be denied as moot, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on July 1, 2011, having rendered its Memorandum Decision and Order adopting the report in its entirety, granting Defendants MetLife and United's motion for summary judgment dismissing Plaintiff's claims, denying Plaintiff's motion for summary judgment, and denying Defendants MetLife and United's motion to strike, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated July 1, 2011, the report is adopted in its entirety; Defendants MetLife and United's motion for summary judgment dismissing Plaintiff's claims is granted; Plaintiff's motion for summary judgment is denied; and Defendants MetLife and United's motion to strike is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
        July 7, 2011

                                          **RUBY J. KRAJICK**
                                            Clerk of Court
                        BY:

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____
                                            Deputy Clerk